O 256
(Rev. 2/86)

**CRIMINAL DOCKET · U.S. District Court**

PO ☐ 417 03 Assigned 1709
Misd. ☐  Disp./Sentence
Felony ☒ | District | Off | Judge/Magistr.

☐ WRIT
☐ JUVENILE
☐ ALIAS
OFFENSE ON INDEX CARD

U.S. VS.
(LAST, FIRST, MIDDLE)
TUBBS, Michael, a/k/a Michael Ralph Tubbs, a/k/a Michael Ralf Tubbs

Case Filed Mo. 12 Day 18 Yr. 90
No. of Def's 2
U.S. MAG. CASE NO.
Docket No. 00075  Def 02

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 18:641 & 18:2 | Knowingly willfully, intentionally and unlawfully stealing two Colt M-16 rifles, of a value in excess of $100, said rifles being the goods and property of the U.S.; & aiding & abetting (Ct. 1) | I | |
| 18:113 & 18:2 | Assault with intent to commit robbery by pointing firearms at individuals and firing a silenced Uzi submachine gun during course said robbery at a place within the United States; and aiding and abetting (Ct. 2) | I | |
| 18:924(c) | Knowingly used and carried a firearm during and in relation to a crime of violence (Ct. 3) | I | |

SUPERSEDING COUNTS

### II. KEY DATE

INTERVAL ONE — KEY DATE (EARLIEST OF): ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE 12-18-90 APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE — a)☐ 1st appears on pending charge /R40  b)☐ Receive file R20/21  c)☐ Supsdg: ☐ Ind ☐ Inf  d)☐ Order New trial  e)☐ Remand  f)☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE: ☐ Dismissal ☐ Pled guilty (After N.␣ / After no␣) ☐ Nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP

### III. MAGISTRATE

| | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|
| Search Warrant Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | ☐ DISMISSED |
| Summons Issued / Served | | | PRELIMINARY EXAMINATION Date Scheduled ▶ OR ☐ REMOVAL HEARING Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | ☐ WAIVED ☐ NOT WAIVED  Tape Number | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | ☐ INTERVENING INDICTMENT | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ O

### IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

J. Douglas McCullough

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

RULE 20 TO THE MIDDLE DISTRICT OF FLORIDA (Jacksonville) 4/24/91.

**BAIL • RELEASE**

PRE-INDICTMENT
Release Date
Bail ☐ Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
Conditions: ☐ 10% Dep ☐ Surety B ☐ Collater ☐ 3rd Prty ☐ Other
☐ Fugitive ☐ Pers. R ☐ PSA

POST-INDICTMENT
Release Date
Bail ☐ Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
Conditions: ☐ 10% De ☐ Surety ☐ Collate ☐ 3rd Prt ☐ Other
☐ Fugitiv ☐ Pers. P ☐ PSA

70 days up: _____   Arr & ptd: _____

Docket Entries Begin On Reverse Side

| FINE AND RESTITUTION PAYMENTS | | | | | | |
|---|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER | |

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | Yr | Docket No. | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|
| | | | | (OPTIONAL) Show last names of defendants  **V. PROCEEDINGS** | | | | |
| 12-18-90 | | | 1 | **INDICTMENT FILED** - c: USA, USPO, USM, J. Howard, Mag. Mccotter, Mag. Dixon, Fay Div.  jh | | | | |
| 12-19-90 | | | | **REQUEST FOR WARRANT** - by: US Attorney - Rec: Detnetion  jh | | | | |
| 12-19-90 | | | 2 | **WARRANT FOR ARREST** - Orig and 1c: USM w/copy of indictment  c: USA  jh  jh | | | | |
| 4-23-91 | | | 3 | **ORDER FOR DISMISSAL** - Cts. 2 & 3 of the Indictment are dismissed because the Deft has agreed to plead guilty to ct. 1 of the Indictment **Judge Malcolm J. Howard)** O.B.#14, P.144  c: UsA, USPO, PTS, Judge Howard, SD/Florida  jh | | | | |
| 4-23-91 | | | 4 | **CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE PURSUANT TO RULE 20** - executed by all parties - c: USA, PTS, J. Howard, SD/Florida, USM, USPO  jh | | | | |
| 4-23-91 | | | 5 | **NOTE:** Cover Letter sending all documents in file to SD/Florida pursuant to the Rule 20 Transfer  jh | | | | |
| 7/12/91 | | | 6 | **RETURN ON WARRANT** - This case was ruled 20 from EDNC and assigned No. 91-73-cr-J-12, said subject was sentenced for a period of 8 yrs. on this case. BY: USMS.  bll | | | | |